AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with account 100006827347382<br>that is stored at premises controlled by Facebook Inc.,<br>more fully described in Attachment A. | ) ) ) ) ) ) ) Case No. MJ 19-579 |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Northern___ District of ___California___
*(identify the person or describe the property to be searched and give its location):*

Information associated with account 100006827347382 that is stored at premises controlled by Facebook Inc., as more fully described in Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ___December 17, 2019___  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Any Magistrate Judge in the Western District of WA___.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*    ☑ until, the facts justifying, the later specific date of ___02/21/2020___.

Date and time issued: __Dec 3, 2019  3:10pm__    _____[signature]_____
                                                                                  *Judge's signature*

City and state:    Seattle, Washington                                Mary Alice Theiler, United States Magistrate Judge
                                                                                  *Printed name and title*

USAO: 2019R00179

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ19-579 | 12/3/19 | NA |

Inventory made in the presence of: NA

Inventory of the property taken and name of any person(s) seized:

FACEBOOK ACCOUNT DATA

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/3/2020

_____
Executing officer's signature

SA Kevin Palermo FBI
Printed name and title